# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENDRIK BLOCK,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PAL BROTHERS LLC,<br><br>　　　　Defendant. | Case No. 1:22-cv-01394-SAB<br><br>ORDER RE STIPULATION SETTING ASIDE DEFAULT<br><br>(ECF Nos. 6, 8) |

Hendrik Block ("Plaintiff") filed this action alleging violation of the Americans with Disabilities Act. (ECF No. 1.) On January 6, 2023, the Clerk of the Court entered default against Defendant. (ECF No. 6.) On January 13, 2023, a stipulation was filed to set aside the default against Defendant. (ECF No. 8.)

Accordingly, pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the default entered on January 6, 2023, (ECF No. 6), is SET ASIDE.

IT IS SO ORDERED.

Dated:   **January 13, 2023**

　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1