# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENDRIK BLOCK,<br><br>   Plaintiff,<br><br> v.<br><br>PAL BROTHERS, LLC,<br><br>   Defendant. | Case No.  1:22-cv-01394-SAB<br><br>ORDER SETTING SCHEDULING CONFERENCE<br><br>(ECF Nos. 7, 9) |

  Plaintiff Hendrik Block ("Plaintiff") initiated this action on October 28, 2022.  The initial scheduling conference was originally set for January 26, 2023.  (ECF No. 3.)  On January 5, 2023, however, Plaintiff requested the Clerk enter default against Defendant Pal Brothers, LLC ("Defendant"), and default was entered the next day.  (ECF No. 5, 6.)  In light of the entry of default, the Court vacated the original scheduling conference and ordered Plaintiff to proceed with a motion for default judgment.  (ECF No. 7.)  Instead, on January 13, 2023, the parties filed a stipulated request to set aside the entry of default against Defendant, in which Defendant indicated it wishes to defend this action on the merits.  (ECF No. 8.)  The entry of default was set aside on January 18, 2023 (ECF No. 9); thus, Defendant's response to the complaint is due February 8, 2023.

  To permit the parties to meet and confer and prepare for the scheduling conference after Defendant has made its general appearance, the Court shall reset the initial scheduling

1

conference for March 21, 2023.

Accordingly, IT IS HEREBY ORDERED that:

1. The initial scheduling conference is SET for **March 21, 2023**, at **10:00 a.m.** in **Courtroom 9**; and

2. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated:  **January 31, 2023**

UNITED STATES MAGISTRATE JUDGE