# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENDRIK BLOCK,<br><br>        Plaintiff,<br><br>   v.<br><br>PAL BROTHERS LLC,<br><br>        Defendant. | Case No. 1:22-cv-01394-SAB<br><br>ORDER ENTERING STIPULATION TO EXTEND RESPONSIVE PLEADING DEADLINE<br><br>(ECF No. 11) |

On February 7, 2023, the parties filed a stipulation to extend the deadline for Defendant to respond to the complaint. (ECF No. 11.) The Court finds good cause exists to grant the requested relief. The Court notes that pursuant to Local Rule 144(a), approval of the stipulation to extend time appears unnecessary, however, given the parties submitted a proposed order, and Defendant was previously in default, the Court issues this order entering the stipulation.

Accordingly, IT IS HEREBY ORDERED that the deadline for Defendant to file a response to the complaint is extended to **March 13, 2023**.

IT IS SO ORDERED.

Dated:  **February 7, 2023**

UNITED STATES MAGISTRATE JUDGE

1