# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENDRIK BLOCK,<br><br>            Plaintiff,<br><br>    v.<br><br>PAL BROTHERS LLC,<br><br>            Defendant. | Case No. 1:22-cv-01394-SAB<br><br>ORDER ENTERING STIPULATION TO EXTEND RESPONSIVE PLEADING DEADLINE, VACATING SCHEDULING CONFERENCE, AND SETTING DEADLINE FOR DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 14)<br><br>**DEADLINE: MARCH 30, 2023** |

On March 9, 2023, the parties filed a stipulation to extend the deadline for Defendant to respond to the complaint. (ECF No. 14.) The stipulation also proffers that the parties have reached settlement in this matter, and have indeed executed a settlement agreement. The parties state they expect the matter will be dismissed in the coming days, but request the deadline to file a responsive pleading be extended in the interim. The Court shall vacate the upcoming scheduling conference, and order the parties to file dispositional documents within twenty-one (21) days. See L.R. 160(b) ("[T]he Court shall fix a date upon which the documents disposing of the action or motion must be filed, which date shall not be more than twenty-one (21) days from the date of said notification, absent good cause.").

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. The scheduling conference currently set for April 27, 2023, is VACATED;
2. The deadline for Defendant to file a response to the complaint is extended to **April 10, 2023**; and
3. The parties shall file dispositional documents on or before **March 30, 2023**.

IT IS SO ORDERED.

Dated:   **March 10, 2023**

UNITED STATES MAGISTRATE JUDGE